UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chong Hao Su,
    Plaintiff

vs

Paula Y. Boggs, et. al.,
    Defendants

Case No. 1:07-cv-592-MRB-TSH
(Barrett, J.; Hogan, M. J.)

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Motion to Dismiss (Doc. 10) and pro se plaintiff's memoranda in opposition to dismissal (Doc. 13, 14).

Defendant Paula Boggs was a prosecutor for the City of Cincinnati and was involved in the criminal prosecution of plaintiff on charges of solicitation. Plaintiff filed a complaint in this Court asserting that the actions of defendant Boggs, and an unnamed "city inspector" from the City Prosecutor's Office violated his federal constitutional rights. Plaintiff seeks relief from this Court including a protection order to prohibit his prosecution on criminal charges. (Doc. 4, Complaint, pp. 4-5).

Defendants argue that plaintiff's claims against Boggs are barred by the doctrine of prosecutorial immunity and should be dismissed. This argument is well-taken. Plaintiff was charged with solicitation and subject to criminal prosecution. Defendant Boggs functioned as a prosecutor by responding to plaintiff's discovery requests in the criminal case. Plaintiff's complaint fails to set forth any allegations that Boggs was acting outside the scope of her role as a prosecutor with respect to plaintiff or his criminal case. She is entitled to absolute prosecutorial immunity. *Imbler v. Pachtman*, 424 U.S. 409, 430-31 (1976); *Lanier v. Bryant*, 332 F.3d 999, 1005 (6th Cir. 2003).

As for plaintiff's claims against the "City Prosecutor Office," the Office itself is a department within a municipality and therefore does not have capacity to be sued. *Rhodes v. McDaniel*, 945 F.2d 117, 120 (6th Cir. 1991). To the extent that plaintiff attempts to assert claims against the City Prosecutor, Ernest McAdmas, the complaint fails to make any allegations that he participated directly or indirectly in plaintiff's prosecution and therefore fails to support a claim for unconstitutional conduct. *Petty v. County of Franklin, Ohio*, 478 F.3d 341, 349 (6th Cir. 2007); *Bellamy v. Bradley*, 729 F.2d 416, 421 (6th Cir. 1984).

For these reasons, defendants' Motion to Dismiss should be GRANTED, the remaining motion in this case should be DENIED AS MOOT, and this case should be dismissed from the docket of this Court.

*/s/ Timothy S. Hogan*
Timothy S. Hogan
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Chong Hao Su,
    Plaintiff

vs                            Case No. 1:07-cv-592-MRB-TSH
                                   (Barrett, J.; Hogan, M. J.)

Paula Y. Boggs, et. al.,
    Defendants

## NOTICE

    Attached hereto is the Report and Recommended decision of the Honorable Timothy S. Hogan, United States Magistrate Judge, which was filed on 5-15-08. Any party may object to the Magistrate's findings, recommendations, and report within (10) days after being served with a copy thereof or further appeal is waived. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Such parties shall file with the Clerk of Court, and serve on all Parties, the Judge, and the Magistrate, a written Motion to Review which shall specifically identify the portions of the proposed findings, recommendations, or report to which objection is made along with a memorandum of law setting forth the basis for such objection, (such parties shall file with the Clerk a transcript of the specific portions of any evidentiary proceedings to which an objection is made).

    In the event a party files a Motion to Review the Magistrate's Findings, Recommendations and Report, all other parties shall respond to said Motion to Review within ten (10) days after being served a copy thereof.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee | |
| | B. Received by ( *Printed Name*) | | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chong Hao Su<br>203-205 East 13th St.<br>Apt. 11<br>Cinti, OH 45202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | | |
| | 4. Restricted Delivery? *(Extra Fee)* | | ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 1490 0001 0562 6790 | | |
| PS Form 3811, August 2001 | Domestic Return Receipt | | 102595-01-M-2509 |

1:07cv592 Doc. 30